FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00405-CV

**IN THE INTEREST OF J.J.V.M.M.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01147
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on August 15, 2022. On August 15, 2022, appellant filed a motion requesting an extension of time to file her brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

The motion is GRANTED, and appellants' briefs must be filed **no later than September 5, 2022**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.*

It is so **ORDERED** on August 16, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT